IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANE H. PALMER and** | : | **CIVIL ACTION** |
| **LAWRENCE F. PALMER,** | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | NO.  24-1599 |
| | : | |
| **SELECTIVE INSURANCE** | : | |
| **COMPANY, INC.,** | : | |
|     Defendant. | : | |

# ORDER

**AND NOW**, this 16th day of December 2024, upon considering defendant's motion to dismiss (DI 9), plaintiffs' opposition (DI 10), defendant's reply (DI 11), and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion to dismiss (DI 9) is **GRANTED** and the plaintiffs' complaint is dismissed with prejudice.  The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**